**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**EDMUND C. SCARBOROUGH, et al.,**

    **Plaintiffs,**

v.                                                             Case No.  8:05-cv-1544-T-30TBM

**NATIONAL ASSOCIATION OF SURETY**
**BOND PRODUCERS,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court on Defendant's Motion to Transfer for Purpose of Consolidation (Dkt. # 23), Memorandum of Law in Support of Defendant's Motion to Transfer for Purpose of Consolidation (Dkt. # 24), and Plaintiffs' Memorandum of Law in Opposition to National Association of Surety Bond Producer's Motion to Transfer (Dkt. # 26). The Court, having considered the motion and memoranda, and having conferred with the Honorable Reggie B. Walton, finds that the motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED THAT:

1.     Defendant's Motion to Transfer for Purpose of Consolidation (Dkt. # 23) is **GRANTED**.

2.     Because this case involves questions of law or fact common to those in *Edmund C. Scarborough, et al., v. Francis J. Harvey, Secretary of the Army and Donald H. Rumsfeld, Secretary of Defense,* Case No. 1:05-cv-1427, currently pending before the Honorable Reggie B. Walton in the United States District Court for the District

of Columbia, the Clerk is directed to **TRANSFER** this case to Judge Reggie B. Walton, with Judge Walton's consent, for all further proceedings.

3. Judge Walton will determine if the cases are appropriate for consolidation, or if this case should eventually be returned to the Middle District of Florida for dispositive motions or trial.

4. Defendant's Motion to Dismiss (Dkt. # 6) is DENIED. The Court finds that these issues are more appropriate for summary judgment.

5. The Clerk is directed to administratively close this case and terminate all pending motions.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2005.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Courtroom Deputy

S:\Even\2005\05-cv-1544.transfer to DC dist court.wpd