UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EDMUND C. SCARBOROUGH, et al.,**

    **Plaintiffs,**

v.                                                     Case No.  8:05-cv-1544-T-30TBM

**NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Reconsideration of April 4, 2008 Order and Incorporated Opposition to Plaintiff's Motion to Extend Discovery Deadline for the Limited Purpose of Reissuing Subpoenas (Dkt. #105).  The Court, having reviewed the motion and incorporated opposition, and being otherwise fully advised in the premises, determines that the motion should be granted to the extent it seeks reconsideration of the Court's April 4, 2008 Order (Dkt. #92).  However, after reconsidering the April 4, 2008 Order in light of Defendant's opposition, the Court again concludes Plaintiff's motion to extend the discovery deadline for purposes of reissuing the subject subpoenas should be granted.

It is therefore ORDERED AND ADJUDGED that

1. Defendant's Motion for Reconsideration of April 4, 2008 Order (Dkt. #105) is **GRANTED in part and DENIED in part** as set forth herein.

2. The discovery deadline is extended through April 30, 2008, for the limited purpose of reissuing the subject subpoenas.

**DONE** and **ORDERED** in Tampa, Florida on April 10, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1544.mt reconsideration 92.frm