Case 8:05-cv-01544-JSM-TBM   Document 142   Filed 05/16/2008   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **19** day of **MAY**, 20**08**.*

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

INTERNATIONAL BONDING &
CONSTRUCTION SERVICES, INC.,

    Plaintiff,

v.                        CASE NO. 8:05-cv-1544-T-30TBM

NATIONAL ASSOCIATION OF
SURETY BOND PRODUCERS,

    Defendant.
_____/

## STIPULATION OF DISMISSAL AS TO PLAINTIFFS DR. LARRY JAMES WRIGHT, THE UNDERWRITER'S GROUP, GEORGE JAMES GOWEN AND FIRST MOUNTAIN BANCORP

Plaintiffs, Dr. Larry James Wright, The Underwriter's Group, George James Gowen and First Mountain Bancorp (the "Dismissing Plaintiffs"), and Defendant, National Association of Surety Bond Producers ("NASBP"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of the Dismissing Plaintiffs' claims against NASBP, with prejudice. Each party agrees to bear its own attorneys' fees and costs.

Respectfully submitted,                Respectfully submitted,

/s/ Mike Piscitelli                      /s/ Michael H. Hestenbaum
Mike Piscitelli                           Lisa A. Oonk
Florida Bar No: 364967              Florida Bar No. 0006238
E-Mail: mpiscitelli@vlplaw.com     E-mail: oonk@litchfieldcavo.com
Daniel Te Young                        Michael H. Kestenbaum
Florida Bar No. 935387              Florida Bar No. 0767301
E-Mail: dyoung@vlplaw.com         E-mail: kestenbaum@litchfieldcavo.com

Vezina, Lawrence & Piscitelli, P.A.
300 SW First Avenue, Suite 150
Fort Lauderdale, FL 33301
Phone: 954-728-1270
Fax: 954-728-1271

Attorneys for Plaintiffs International Bonding & Construction Services, Inc., Dr. Larry James Wright, The Underwriter's Group, George James Gowen and First Mountain Bancorp

Litchfield Cavo, LLP
5201 W. Kennedy Blvd., Suite 450
Tampa, FL 33609
Phone: 813-289-0690
Fax: 813-289-0692

Eileen P. Kavanagh
E-mail: kavanagh@litchfieldcavo.com
Peter C. Kober
E-mail: kober@litchfieldcavo.com
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
Phone: 781-309-1500
Fax: 781-246-0167

Attorneys for Defendant National Association of Surety Bond Producers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following:

Peter C. Kober, Esq.
Eileen P. Kavanagh, Esq.
Litchfield Cavo, LLP
6 Kimball Lane, Suite 100
Lynnfield, MA 01940
Attorneys for Defendant

Lisa A. Oonk, Esq.
Michael H. Kestenbaum, Esq.
Litchfield Cavo, LLP
5201 W. Kennedy Blvd., Suite 450
Tampa, FL 33609

/s/ Mike Piscitelli
Mike Piscitelli